| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | KYLE REARDON<br>Assistant U.S. Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, California  95814 |
| 4 | Telephone: (916) 554-2700 |

**FILED**

MAR 17 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) Case No. 2:11-cr-0127 FCD
                                    )
            Plaintiff,              )
                                    )
       v.                           ) ORDER TO SEAL
                                    )
ANTHONY GORDON POLLO,               ) (UNDER SEAL)
                                    )
            Defendant.              )

SEALED

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Kyle Reardon to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the government gives written notice to the Clerk's Office of the defendant's arrest or until further order of the Court.

DATED:  3/17/11

_____
DALE A. DROZD
United States Magistrate Judge

1