BENJAMIN B. WAGNER
United States Attorney
KYLE F. REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | D.C. NO. 2-11-CR-0127 FCD |
| | ) | |
| v. | ) | APPLICATION AND ORDER |
| | ) | FOR UNSEALING INDICTMENT |
| ANTHONY GORDON POLLO, | ) | |
| | ) | |
| Defendant. | ) | |

On March 17, 2011, the indictment was filed in the above-referenced case.  Since the defendant has now been arrested, it is no longer necessary for the indictment to be sealed.  The government respectfully requests that the indictment be unsealed.

DATED: March 21, 2011          BENJAMIN B. WAGNER
                               United States Attorney


                               By:/s/ Kyle F. Reardon
                                  KYLE F. REARDON
                                  Assistant U.S. Attorney

                                  ORDER
SO ORDERED:
                                   /s/ Gregory G. Hollows
DATED: March 21, 2011             _____
                                  HON. GREGORY G. HOLLOWS
                                  U.S. Magistrate Judge

1