FILED
March 21, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:11CR00127-FCD-1 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| ANTHONY GORDON POLLO, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANTHONY GORDON POLLO , Case No. 2:11CR00127-FCD-1 , Charge  18USC § 2252(a)(2) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__   Release on Personal Recognizance

__   Bail Posted in the Sum of $_____

   __   Unsecured Appearance Bond

   __   Appearance Bond with 10% Deposit

   __   Appearance Bond with Surety

   __   Corporate Surety Bail Bond

   ✔   (Other)        Pretrial conditions as stated on the record.  

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  March 21, 2011  at  2:00 pm  .

By  /s/ Gregory G. Hollows
Gregory G. Hollows
United States Magistrate Judge

Copy 5 - Court