BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. 2:11-CR-00127 FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| ANTHONY GORDON POLLO, | Time: 10:00 a.m. |
| Defendant. | Date: Monday, April 18, 2011 |
| | Court: Hon. Frank C. Damrell, Jr. |

The parties request that the status conference currently set for Monday, April 18, 2011, at 10:00 a.m., be continued to Monday, May 23, 2011, at 10:00 a.m., and stipulate that the time beginning April 18, 2011, and extending through May 23, 2011, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

Additional time is needed for Defense Counsel review of the discovery in this case, including the seized computer evidence. In addition, the parties are engaged in plea negotiations that will be impacted by the results of Defense Counsel's examination

1  of the evidence in this case.
2      Accordingly, the parties believe that the continuance should
3  be excluded from the calculation of time under the Speedy Trial
4  Act.  The additional time is necessary to ensure effective
5  preparation, taking into account the exercise of due diligence.
6  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.  The interests of
7  justice served by granting this continuance outweigh the best
8  interests of the public and the defendant in a speedy trial.  18
9  U.S.C. § 3161(h)(7)(A).

                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


 DATED: April 12, 2011         By:   /s/ Kyle Reardon
                                     KYLE REARDON
                                     Assistant U.S. Attorney



 DATED: April 12, 2011         By:   /s/ Kyle Reardon for
                                     TIMOTHY B. BALCOM
                                     Attorney for the Defendant

**ORDER**

The status conference in case number 2:11-CR-00127 FCD, currently set for Monday, April 18, 2011, at 10:00 a.m., is continued to Monday, May 23, 2011, at 10:00 a.m., and the time beginning April 18, 2011, and extending through May 23, 2011, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

**IT IS SO ORDERED.**

Dated: April 12, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE