TIMOTHY B. BALCOM (SBN 190496)
BALCOM & ASSOCIATES
229 Vernon Street
Roseville, CA 95603
(916) 787-1911
Fax (916) 787-1991

Attorney for Defendant,
ANTHONY POLLO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANTHONY POLLO,<br><br>        Defendant. | Case No.: 2:11-CR-00127 -FCD<br><br>**ORDER AMENDING CONDITIONS OF PRE-TRIAL RELEASE AS TO DEFENDANT ANTHONY POLLO**<br><br>Judge:   Hon. Edmund F. Brennan |

**WHEREAS** defendant Anthony Pollo is currently being supervised by this court's Pre-Trial Services Office, and

**WHEREAS** the court is advised that Mr. Pollo has requested that certain counseling services be extended to him; and

**WHEREAS** supervising Pretrial Services Officer Becky Fidelman has advised attorney Timothy B. Balcom, counsel for Mr. Pollo, that Pre-Trial Services is prepared to extend the requested services, and has asked counsel to assist in facilitating access to those services;

1

**THEREFORE** the following condition of Pre-Trial Release is ordered to be added to Mr. Pollo's conditions of Pre-Trial Release:

"6. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer."

**IT IS SO ORDERED.**

DATE: April 25, 2011

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE