1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:11-CR-00127-GEB |
|---|---|---|
| Plaintiff, | ) | PRELIMINARY ORDER OF FORFEITURE |
| v. | ) | |
| ANTHONY GORDON POLLO, | ) | |
| Defendant. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Anthony Gordon Pollo, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

   1.  Pursuant to 18 U.S.C. § 2253, defendant Anthony Gordon Pollo's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a.  one generic black desktop tower with hard drive, serial number 00129-952846453.

   2.  The above-listed property was used or intended to be used to commit or to promote the commission of a violation of 18 U.S.C. § 2252(a)(4)(B).

1       3.   Pursuant to Rule 32.2(b), the Attorney General (or a
2  designee) shall be authorized to seize the above-listed property.
3  The aforementioned property shall be seized and held by the U.S.
4  Marshals Service, in its secure custody and control.
5       4.   a.   Pursuant to 18 U.S.C. § 2253(b), incorporating 21
6  U.S.C. § 853(n), and Local Rule 171, the United States shall
7  publish notice of the order of forfeiture.  Notice of this Order
8  and notice of the Attorney General's (or a designee's) intent to
9  dispose of the property in such manner as the Attorney General
10 may direct shall be posted for at least 30 consecutive days on
11 the official internet government forfeiture site
12 [www.forfeiture.gov](www.forfeiture.gov).  The United States may also, to the extent
13 practicable, provide direct written notice to any person known to
14 have alleged an interest in the property that is the subject of
15 the order of forfeiture as a substitute for published notice as
16 to those persons so notified.
17            b.   This notice shall state that any person, other than
18 the defendant, asserting a legal interest in the above-listed
19 property, must file a petition with the Court within sixty (60)
20 days from the first day of publication of the Notice of
21 Forfeiture posted on the official government forfeiture site, or
22 within thirty (30) days from receipt of direct written notice,
23 whichever is earlier.
24      5.   If a petition is timely filed, upon adjudication of all
25 third-party interests, if any, this Court will enter a Final
26 ///
27 ///
28 ///

Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be addressed.

Dated:  September 29, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge