BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:11-CR-00127-GEB |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| ANTHONY GORDON POLLO, ) | |
| Defendant. ) | |

WHEREAS, on or about September 9, 2011, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Anthony Gordon Pollo and the finding of forfeiture by the Court forfeiting to the United States the following property:

        a)   one generic black desktop tower with hard drive, serial number 00129-952846453.

AND WHEREAS, beginning on October 1, 2011, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice

1 advised all third parties of their right to petition the Court
2 within sixty (60) days from the first day of publication of the
3 notice for a hearing to adjudicate the validity of their alleged
4 legal interest in the forfeited property.
5     AND WHEREAS, the Court has been advised that no third party
6 has filed a claim to the subject property, and the time for any
7 person or entity to file a claim has expired.
8     Accordingly, it is hereby ORDERED and ADJUDGED:
9     1.  A Final Order of Forfeiture shall be entered forfeiting
10 to the United States of America all right, title, and interest in
11 the above-listed property pursuant to 18 U.S.C. § 2253, to be
12 disposed of according to law, including all right, title, and
13 interest of Anthony Gordon Pollo.
14     2.  All right, title, and interest in the above-listed
15 property shall vest solely in the name of the United States of
16 America.
17     3.  The U.S. Marshals Service shall maintain custody of and
18 control over the subject property until it is disposed of
19 according to law.
20 Dated:  December 1, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge