# UNITED STATES DISTRICT COURT
## Eastern District of California

## Petition to Modify the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing, is on file)*

| | | | |
|---|---|---|---|
| **Name of Offender:** | Anthony Gordon Pollo | **Docket Number:** | 0972 2:11CR00127 |
| **Name of Judicial Officer**: | Senior United States District Judge  Garland E. Burrell, Jr. | | |
| **Date of Original Sentence:** | 9/30/2011 | | |

**Original Offense:** 18 U.S.C. § 2252(a)(4)(B) Possession of Child Pornography   (CLASS C FELONY); **18 USC 2253** – Criminal Forfeiture.

**Original Sentence:** 36 months custody Bureau of Prisons; 120 month Term of Supervised Release; $100 SA; Mandatory drug testing; No firearms; DNA collection; Sex offender registration.

**Special Conditions:**

Drug/Alcohol Treatment; Drug/Alcohol Testing; Stand Alone Monitoring; Aftercare Co-payment; Search - Sex Offender; No On-Line Computer Access; No Contact With All Minors; Computer Inspection; Pornography Restriction; Phone Record Disclosure; Notice to Employer of Computer Restriction; Sex Offender Treatment; Pre-Approved Residence; Registration (sex); DNA Collection; Other.

| | |
|---|---|
| **Type of Supervision:** | TSR |
| **Date Supervision Commenced:** | 2/18/2014 |

**Other Court Actions:**
None

---

### PETITIONING THE COURT

**To modify the conditions of supervision as follows:**

13. The defendant shall be monitored for a period of 6 months, with location monitoring technology, which may include the use of radio frequency (RF) or Global Positioning System (GPS) devices, at the discretion of the probation officer. The defendant shall abide by all technology requirements and shall pay the costs of location monitoring based upon their ability to pay as directed by the probation officer. In addition to other court-imposed conditions of release, the defendant's movement in the community shall be restricted as follows:

    a. The defendant shall be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer; (Home Detention)

14. The defendant shall abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale.

**Justification:** On June 24, 2014, the undersigned attempted to conduct a home visit at Pollo's reported residence. However, no contact was made. As such, a business card was left at the front door. On June 26, 2014, the undersigned received a phone call from Pollo's girlfriend after she found the undersigned's business card. She stated that she and Pollo broke up and that he moved out on June 22, 2014. Further, she stated that one of the reasons she broke up with Pollo was because he was consuming alcohol to the extent of becoming intoxicated and would display verbally aggressive behavior towards her. However, he did not become physical towards her.

On June 26, 2014, the undersigned officer met with Pollo during an office visit, following the phone call from his girlfriend. He was asked the status of his relationship. Pollo stated that they had broken up and that he was in the process of moving out. He was informed that the undersigned was already aware that he moved out several days ago. Pollo admitted to relocating his residence without the permission of the probation officer and not answering truthfully to all inquiries by the probation officer. As a response to his non-compliant behavior, he signed a Probation Form 49 agreeing to modify his conditions of supervision to include six months location monitoring and alcohol restriction. In addition, he was referred to individual outpatient substance abuse treatment.

It is respectfully recommended that the Court modify the releasee's conditions to include six months home detention and a condition he abstain from the use of alcohol. This would allow the releasee to remain in the community to further his reintegration, while being closely monitored. Should he engage in further violation conduct, a report and recommendation will be made to the Court.

Respectfully submitted,
**/s/ Miranda L. Lutke**

**MIRANDA L. LUTKE**
**United States Probation Officer**
Telephone: (916) 786-2989

**DATED:** 8/4/2014

Reviewed by,
**/s/ Michael A. Sipe**

**MICHAEL A. SIPE**
**Supervising United States Probation Officer**

**THE COURT ORDERS:**

☒ Modification approved as recommended.

☐ Modification not approved at this time.  Probation Officer to contact Court.

☐ Other

Dated:  August 5, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge

CC:

United States Probation

Assistant United States Attorney: Kyle Reardon

Defense Counsel: Timothy Balcom