1  HEATHER E. WILLIAMS, SBN #122664
   Federal Defender
2  JEROME PRICE, SBN # 282400
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   ANTHONY GORDON POLLO

7
                    IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,          )   Case No.  2:11-cr-00127-TLN
11                                     )
                Plaintiff,             )   **STIPULATION AND ORDER TO**
12                                     )   **CONTINUE ADMIT/DENY HEARING**
   vs.                                 )
13                                     )
   ANTHONY GORDON POLLO,               )   Date:  May 26, 2022
14                                     )   Time:  9:30 a.m.
                Defendant.             )   Judge: Hon. Troy L. Nunley
15                                     )
   _____)
16

17        IT IS HEREBY STIPULATED by and between Phillip A. Talbert, United States

18  Attorney, through Roger Yang, Assistant United States Attorney, counsel for Plaintiff, and

19  Heather Williams, Federal Defender, through Chief Assistant Federal Defender Jerome Price,

20  counsel for Defendant Anthony Gordon Pollo, that the Admit/Deny Hearing scheduled for May

    26, 2022 **may be vacated and continued to June 16, 2022 at 9:30 a.m.**
21
          This continuance is requested to provide additional time for defense counsel to
22
    investigate the alleged violation conduct and confer with the probation officer.
23
    //
24
    //
25
    //
26
    //
27
    //
28

1   The United States Attorney's Office and the United States Probation Office are in agreement

2   with this continuance.

3                                                Respectfully submitted,

4                                                HEATHER E. WILLIAMS
5                                                Federal Defender

6
    Date: May 24, 2022                           */s/  Jerome Price*
7                                                JEROME PRICE
                                                 Assistant Federal Defender
8                                                Attorneys for Defendant
                                                 ANTHONY GORDON POLLO
9

10  Date: May 24, 2022                           PHILLIP A. TALBERT
                                                 United States Attorney
11

12                                               */s/ Roger Yang*
                                                 ROGER YANG
13                                               Assistant U.S. Attorney
                                                 Attorney for Plaintiff
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## **O R D E R**

2       The Court, having reviewed and considered the parties' stipulation, and good cause

3   appearing therefrom, adopts the parties' stipulation in its entirety as its order.  The Admit/Deny

4   hearing is re-set to commence on June 16, 2022 at 9:30 a.m. before District Judge Troy L.

5   Nunley.

6   IT IS SO ORDERED.

7

8   Dated: May 24, 2022

9                                                        Troy L. Nunley
                                                         United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28