```
1  HEATHER E. WILLIAMS, SBN 122664
   Federal Defender
2  CHRISTINA SINHA, SBN 278893
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, Third Floor
4  Sacramento, CA 95814
   Telephone: (916) 498-5700
5  Fax: (916) 498-5710

6  Attorneys for Defendant
   ANTHONY GORDON POLLO
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:11-cr-00127-TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| vs. | ) **CONTINUE ADMIT/DENY HEARING** |
| ANTHONY GORDON POLLO, | ) Date: June 16, 2022 |
| Defendant. | ) Time: 9:30 a.m. |
|  | ) Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between United States Attorney Phillip A. Talbert, through Assistant United States Attorney Roger Yang, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Pollo, that the Admit/Deny Hearing currently scheduled for June 16, 2022 **may be continued to July 14, 2022 at 9:30 a.m.**, as defense counsel, who entered an appearance after the above hearing was set, is not available on June 16, 2022.

The government is amendable to this continuance, and probation has been notified.

*The remainder of this page is intentionally blank. Signature block immediately follows.*

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: June 8, 2022 | /s/ Christina Sinha<br>CHRISTINA SINHA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>ANTHONY GORDON POLLO |
| Date: June 8, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
|   | /s/ Roger Yang<br>ROGER YANG<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

**ORDER**

The Court, having reviewed and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Admit/Deny hearing is continued to July 14, 2022 at 9:30 a.m. before District Judge Troy L. Nunley.

IT IS SO ORDERED.

Dated: June 8, 2022

Troy L. Nunley
United States District Judge