UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| **FILED** |
| February 26, 2026 |
| CLERK, US DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ANTHONY GORDON POLLO

    Defendant.

Case No.  2:11-cr-00127-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  ANTHONY GORDON POLLO ,

Case No.  2:11-cr-00127-TLN , 18 USC § 3583, from custody

    _____  Release on Personal Recognizance

    _____  Bail Posted in the Sum of $ $ _____

        _____  Unsecured Appearance Bond $ $ _____

        _____  Appearance Bond with 10% Deposit

        _____  Appearance Bond with Surety

        _____  Corporate Surety Bail Bond

        _____  (Other): Defendant released on previously imposed supervised

          X  release conditions. Defendant to report to Probation immediately

        _____  upon release.

Sacramento County Jail is further ORDERED to release the defendant with a

    _____  30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on February 26, 2026 at 2:00 PM

By:   _____

Magistrate Judge Chi Soo Kim