CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ANTHONY POLLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY POLLO,<br><br>Defendant. | Case No.: 2:11-cr-127 TLN<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING DISPOSITION HEARING<br><br>DATE:   April 23, 2026<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Roger Yang, Counsel for Plaintiff, and attorney Clemente M. Jiménez, Counsel for Defendant Anthony Pollo, that this matter currently scheduled for a dispositional hearing on April 23, 2026, at 9:30 a.m., be vacated and continued to this court's criminal calendar on June 11, 2026, at 9:30 a.m.  Defense counsel requires additional time to confer with Mr. Pollo.  The parties have confirmed availability with US Probation.

//
//
//
//
//
//

04/20/26

DATED:    April 20, 2026        /S/    Roger Yang

ERIC GRANT
by ROGER YANG
Attorney for Plaintiff

DATED:    April 20, 2026        /S/    Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for Anthony Pollo

**ORDER**

IT IS SO ORDERED, that the currently scheduled hearing in the above-entitled matter be vacated and continued to June 11, 2026, at 9:30 a.m. for disposition.

This 20th day of April 2026

Troy L. Nunley
Chief United States District Judge

04/20/26