CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for ANTHONY POLLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:11-cr-127 TLN |
| Plaintiff, | REQUEST FOR STAY OF TURN IN DATE; ORDER |
| vs. | |
| | JUDGE:  Hon. Troy L. Nunley |
| ANTHONY POLLO, | |
| Defendants. | |

On June 11, 2026, Anthony Pollo appeared before the Court for disposition on his supervised release violation.  At that time, he was sentenced to a 24-month term of incarceration and ordered to turn himself in on July 10, 2026.

Mr. Pollo now respectfully requests a one-time stay of his turn in date to August 28, 2026.  Mr. Pollo would like to fulfill commitments to his employer prior to the commencement of his incarceration.  He is currently working on a significant project scheduled to be completed in late August (see Exhibit 1: Letter from Employer).

For the above reasons, Mr. Pollo respectfully requests his turn-in date be extended to August 28, 2026.

//

//

07/02/26

Both the government and US Probation were contacted regarding this request. The government takes no position regarding this request and leaves the decision to the Court's discretion.

Probation is opposed.

DATED:      July 1, 2026        /S/      Clemente M. Jiménez_____
                                CLEMENTE M. JIMÉNEZ
                                Attorney for ANTHONY POLLO

**ORDER**

IT IS SO ORDERED, that Anthony Pollo turn himself in on August 28, 2026, as directed by the US Marshals Service.  The previous order that he turn himself in on July 10, 2026, is vacated.

Date: July 2, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

07/02/26